CARMELO F. CARNANA, Appellant, *v.* AARON B. COHN, Respondent.

(Argued June 3, 1878; decided September 17, 1878.)

*J. S. C. Carnana* for appellant.

*Sterling & Waldron* for respondent.

FOLGER, RAPALLO and ANDREWS, JJ., for affirmance, on the ground that the sheriff did not proceed correctly in his sale, undertaking to sell more than the law authorized him to do.

CHURCH, Ch. J., for affirmance, on the ground that the finding that there was no levy was warranted by the evidence.

MILLER and EARL, JJ., absent.

No opinion.

Judgment affirmed.

---

LOFTUS WOOD, Appellant, *v.* CHARLES F. TONGES et al., Respondents.

(Argued June 14, 1878; decided September 24, 1878.)

*Theo. F. Jackson* for appellant.

*John H. Bergen* for respondents.

Agree to affirm. No opinion.

All concur, except MILLER and EARL, JJ., absent; HAND, J., taking no part.

Judgment affirmed.